THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS EDWARD GAGNIER, Appellant.— Defendant has appealed from a judgment of the Madison County Court convicting him of the crime of forgery in the second degree and grand larceny in the second degree. Defendant entered a plea of guilty. The proof shows that he had three prior felony convictions. The court sentenced him to imprisonment in the State Prison at Attica, N. Y., for a term of not less than

fifteen years and not more than life. This sentence was mandatory. The record presents no question which this court can review. Judgment of conviction unanimously affirmed. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.